## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**RONNIE COX,**                                          **Case No. 1:14-CV-40**

    Plaintiff,                       **Judge Timothy S. Black**

**-vs-**

**G&J PEPSI-COLA BOTTLERS, INC.**
*et al.*,

    Defendant.

_____

### JUDGMENT IN A CIVIL CASE
_____

[ ]     **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]     **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 5) is **GRANTED**; and this case is **CLOSED** on the docket.

Date: 3/5/2014                                          **JOHN P. HEHMAN, CLERK**

                                                                         By: *s/M. Rogers*, *D.C.*
                                                                         Deputy Clerk